UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                            Case No.    10-20236

                                    HON. GEORGE CARAM STEEH

WALTER BLISSIT, III

        Defendant.
                                /

**PETITION AND ORDER
FOR TRAVEL EXPENSES**

      NOW COMES the Defendant, and respectfully requests the Court provide him with round trip non-custodial travel, pursuant to 18 U.S.C. § 4285, from Las Vegas, NV to Detroit, Michigan, so that he may appear for his scheduled sentencing on May 25, 2011, at 2:00 p.m. before Judge George Caram Steeh. In support of this request, Defendant states that he is indigent, that the Court has already appointed a panel attorney to represent Defendant in this matter, and he is without adequate funds to pay for his own transportation.

      **IT IS HEREBY ORDERED** that the U.S. Marshal furnish Defendant WALTER BLISSIT, III with non-custodial transportation from Las Vegas, Nevada to Detroit, Michigan so that he may appear at his scheduled sentencing on May 25, 2011, at 2:00 p.m.

      **SO ORDERED:**

                                                                  s/George Caram Steeh
      **Dated: May 23, 2011**                         **United States District Judge**